IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| GUIDEONE TAYLOR BALL CONSTRUCTION SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO.: 02-1299-T-An |
| RICKY HURT, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Pursuant to an Order of Reference entered March 31, 2005, this case has been referred to the Magistrate Judge for a new scheduling conference.

Counsel are therefore directed to confer regarding proposed deadlines and a new trial date and submit to the Court within 15 days from entry of this Order a proposed Amended Scheduling Order which is consistent with the Court's normal Scheduling Order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: June 15, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 06-17-05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:02-CV-01299 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Terry Abernathy
ABERNATHY LAW FIRM
P.O. Box 441
Selmer, TN 38375

Stephen C. Kennedy
DEUSNER & KENNEDY
117 W. Court Avenue
Selmer, TN 38375--064

Honorable James Todd
US DISTRICT COURT