IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ____ D.C.
05 JUL 12 PM 4:30

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN -JACKSON

| | |
|---|---|
| GUIDEONE TAYLOR BALL CONSTRUCTION SERVICES, INC., ) ) ) Plaintiff, ) ) v. ) ) RICKY HURT, et al., ) ) Defendants. ) | NO.: 02-1299-T-An |

## ORDER TO SHOW CAUSE

Pursuant to the Order entered on June 17, 2005 Counsel were directed to confer regarding proposed deadlines and a new trial date and to submit a proposed Amended Scheduling Order consistent with the Court's normal Scheduling Order within 15 days of entry of the Order.

Counsel for the parties, Mr. William M. Jeter, Mr. Terry Abernathy and Mr. Stephen C. Kennedy, failed to provide the Court with a proposed Amended Scheduling Order as ordered by the Court.

Therefore, a Hearing in this matter is set for **MONDAY, JULY 25, 2005 at 11:00 A.M.** in the Magistrate's Courtroom, 4th Floor, United States Courthouse, 111 S. Highland, Jackson, Tennessee. Counsel are **ORDERED** to show cause why this Court should not assess sanctions

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  07-12-05

1

against them for their failure to follow the orders of the Court.

**IT IS SO ORDERED.**

_S. Thomas Anderson_

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: July 12, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:02-CV-01299 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Terry Abernathy
ABERNATHY LAW FIRM
P.O. Box 441
Selmer, TN 38375

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Stephen C. Kennedy
DEUSNER & KENNEDY
117 W. Court Avenue
Selmer, TN 38375--064

Honorable James Todd
US DISTRICT COURT