IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| GUIDEONE TAYLOR BALL CONSTRUCTION SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.: 02-1299-T-An |
| RICKY HURT, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER RE-SETTING SHOW CAUSE HEARING

The Order To Show Cause entered on July 12, 2005 setting a Show Cause Hearing for Monday, July 25, 2005 has been re-set for **MONDAY, AUGUST 1, 2005 at 2:00 p.m.** in the Magistrate's Courtroom, 4th Floor, United States Courthouse, 111 S. Highland, Jackson, Tennessee.

Mr. Terry Abernathy will not be required to attend the Hearing, however, Mr. Craig Kennedy and Mr. William M. Jeter are **required to appear in person** for the hearing.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: July 18, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  07-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:02-CV-01299 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Terry Abernathy
ABERNATHY LAW FIRM
P.O. Box 441
Selmer, TN 38375

Stephen C. Kennedy
DEUSNER & KENNEDY
117 W. Court Avenue
Selmer, TN 38375--064

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT