

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHELTER INSURANCE COMPANIES, :
:
PLAINTIFF, :
:
V. : NO. 1-03-1034 T-An
: 02-1299 T/An
:
BILLY JOE GRISWELL D/B/A :
GRISWELL BUILDING AND SALE :
and GUIDEONE TAYLOR BALL :
CONSTRUCTION SERVICES, INC., :
:
DEFENDANTS. :

## MOTION TO ALTER OR AMEND
## PREVIOUSLY FILED MOTION

Comes now Terry Abernathy, Attorney of record for Billy Joe Griswell, d/b/a Griswell Building and Sale, in the cause as styled and numbered above, and respectfully moves that the previously filed MOTION TO ALTER OR AMEND PLEADINGS AND RECORDS as filed in this cause on May 5, 2005, be altered and amended in the following particulars, to wit:

1.

That, by the inadvertence/mistake of the undersigned attorney, the "case number" assigned to the case styled <u>Guideone Taylor Ball Construction Services, Inc., v. Ricky Hurt, et al</u>, was incorrect, and that the correct case number to be assigned to <u>Guideone Taylor Ball Constructions Services, Inc., v. Ricky Hurt, et al.</u>, is Case No. 02-1299-T-An

2.

The undersigned attorney would certify that he has not consulted with the other involved

**MOTION GRANTED**
**DATE:** _____

_____
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/21/05

40

attorneys, but has no reason to believe that anyone involved in these matters of litigation would have any reason to object or to otherwise oppose this ministerial/administrative relief sought, and the undersigned attorney would further apologize to the Court for this oversight and mistake.

TERRY ABERNATHY #008542
Attorney for Defendant, Billy Joe Griswell, d/b/a
Griswell Building and Sale
P.O. Box 441
Selmer, TN 38375
731-645-6163

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing MOTION TO ALTER OR AMEND PREVIOUSLY FILED MOTION was this day served upon counsel for each of the parties by mailing same to:

Mr. William M. Jeter
Attorney at Law
35 Union Ave, Suite 300
Memphis, Tennessee 38103

Mr. Stephen Craig Kennedy
Attorney at Law
P.O. Box 647
Selmer, Tennessee 38375

Mr. John S. Little
Attorney at Law
P.O. Box 726
Jackson, Tennessee 38302

This the 18th day of July, 2005.

TERRY ABERNATHY

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 1:02-CV-01299 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Terry Abernathy
ABERNATHY LAW FIRM
P.O. Box 441
Selmer, TN 38375

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Stephen C. Kennedy
DEUSNER & KENNEDY
117 W. Court Avenue
Selmer, TN 38375--064

Honorable James Todd
US DISTRICT COURT