IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| GUIDEONE TAYLOR BALL CONSTRUCTION SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.  02-1299 T/An |
| RICKY HURT, et al., | ) ) | |
| Defendants. | ) | |

### ORDER

On August 1, 2005, the Court held a Show Cause Hearing in this matter to determine whether sanctions were appropriate for counsel's failure to comply with a previous Order of the Court. After review, the Court determines that no sanctions are appropriate, as a misunderstanding led to the parties not filing a proposed Rule 16(b) Scheduling Order with the Court.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 08, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  08-09-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:02-CV-01299 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Stephen C. Kennedy
DEUSNER & KENNEDY
117 W. Court Avenue
Selmer, TN 38375--064

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT