IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY 8 D.C.
05 AUG 12 AM 11:59
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | | |
|---|---|---|
| GUIDEONE TAYLOR BALL CONSTRUCTION SERVICES, INC. | ) ) ) | |
| Plaintiff | ) ) | |
| VS. | ) ) | CIVIL ACTION NO. 1-02-1299 |
| RICKY HURT d/b/a HURT ORNAMENTAL IRON WORKS and d/b/a RICKY HURT CONSTRUCTION, BILLY GRISWELL d/b/a BILLY GRISWELL CONSTRUCTION COMPANY, and SOUTHERN INDUSTRIAL CONTRACTORS | ) ) ) ) ) ) | |
| Defendants | ) | |

### AMENDED RULE 16(b) SCHEDULING ORDER

Pursuant to the Order of June 17, 2005, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1):** July 28, 2005

**JOINING PARTIES:**

    For Plaintiff:    October 7, 2005

    For Defendant:    November 7, 2005

**AMENDING PLEADINGS:**

    For Plaintiff:    October 7, 2005

    For Defendant:    November 7, 2005

**COMPLETING ALL DISCOVERY:**

    (a)   **REQUESTS FOR PRODUCTION AND INTERROGATORIES:** March 7, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __08-15-05__

(44)

 (b) **REQUESTS FOR ADMISSIONS:** April 7, 2006

 (c) **EXPERT DISCLOSURE (RULE 26(a)(2):**

  (i) Plaintiff's Experts: April 14, 2006

  (ii) Defendant's Experts: May 15, 2006

  (iii) Supplementation under Rule 26(e): May 26, 2006

 (d) **DEPOSITIONS:** July 7, 2006

**FILING DISPOSITIVE MOTIONS:** August 11, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

 (a) For Plaintiff: October 5, 2006

 (b) For Defendant: October 20, 2006

Parties shall have ten (10) days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial in this case is expected to last four to five days.

A jury trial date after November 10, 2006 will be set by the Court.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admission must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FED.R.CIV.P. allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FED.R.CIV.P. 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting for the reasons for which a

2

reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.*

This Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: August 12, 2005

**APPROVED FOR ENTRY:**

William M. Jeter by SCK w/ permission    7/13/05
WILLIAM M. JETER (4579)
ATTORNEY FOR PLAINTIFF
35 UNION AVENUE, SUITE 300
MEMPHIS, TN 38103

STEPHEN CRAIG KENNEDY (011746)
ATTORNEY FOR DEFENDANT, BILLY
GRISWELL d/b/a BILLY GRISWELL
CONSTRUCTION COMPANY
177 WEST COURT AVENUE
P. O. BOX 647
SELMER, TN 38375

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 1:02-CV-01299 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Stephen C. Kennedy
DEUSNER & KENNEDY
117 W. Court Avenue
Selmer, TN 38375--064

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT