IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| GUIDEONE TAYLOR BALL CONSTRUCTION SERVICES, INC., ) ) ) Plaintiff, ) ) VS. ) ) RICKY HURT d/b/a HURT ) ORNAMENTAL IRON WORKS and ) d/b/a RICKY HURT CONSTRUCTION, ) ET AL., ) ) Defendants. ) | No. 02-1299-T/An |

## ORDER GRANTING MOTION TO CONSOLIDATE

The plaintiff, Guideone Taylor Ball Construction Services, Inc., has filed a motion to consolidate this case with two other cases currently pending in this Court, docket numbers #03-1034-T/An and #05-1021-T/An,[1] for the purpose of discovery only. The actions arise out of the same circumstances and the same building project, and involve some of the same parties. No other party to these actions has objected to the motion to consolidate.

The motion to consolidate these actions for the purpose of discovery only is GRANTED. All discovery taken in these actions shall be available for use in any of the

---

[1] #03-1034, Shelter Ins. Co. v. Billy Joe Griswell d/b/a Griswell Bldg. & Sale and Guideone Taylor Ball Constr. Servs., Inc. and #05-1021,Guideone Taylor Ball Constr. Servs., Inc. v. First Baptist Church of Selmer, Tenn.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on ___10-14-05___

three actions. However, all other issues will remain separate, and the cases will be tried separately.

The parties are reminded that, for all documents filed with the Court during this period of consolidation, an original plus two copies must be submitted for each of the three cases.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

13 October 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:02-CV-01299 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Stephen C. Kennedy
DEUSNER & KENNEDY
117 W. Court Avenue
Selmer, TN 38375--064

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT